# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1520

_____

Chris R. Krych,                                    *
                                                   *
        Appellant,                                 *
                                                   *   Appeal from the United States
Howard Lansing Hines; Robert Monge;                *   District Court for the
Emil Johnson; Wardell Hicks, and on                *   District of Minnesota.
behalf of all others similarly situated,           *
                                                   *
        Plaintiffs,                                *   [UNPUBLISHED]
                                                   *
    v.                                             *
                                                   *
Wendell Anderson, individually and as              *
Governor of the State of Minnesota;                *
Kenneth Schoen, individually and as                *
Corrections Commissioner for the State             *
of Minnesota; Bruce McManus,                       *
individually and as Warden of the                  *
Minnesota State Prison; James Cicero,              *
individually and as Medical Director of            *
the Minnesota State Prison; Warren                 *
Lawson, individually and as Secretary              *
and Executive Officer of the Minnesota             *
State Board of Health,                             *
                                                   *
        Appellees.                                 *

_____

Submitted: November 5, 2004
Filed: November 16, 2004

_____

Before BYE, MELLOY, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Minnesota inmate Chris Krych, who is currently housed in the Administrative Control Unit of the Minnesota Correctional Facility-Oak Park Heights, appeals the district court's[1] denial of his motion for contempt, which he brought pursuant to a consent decree entered in <u>Hines v. Anderson</u>, 439 F. Supp. 12 (D. Minn. 1977).

Having carefully reviewed the record, we cannot say the district court abused its discretion in finding that the defendants substantially complied with the <u>Hines</u> decree, and thus in denying Krych's contempt motion. <u>See</u> <u>Wycoff v. Hedgepeth</u>, 34 F.3d 614, 616 (8th Cir. 1994) (standard of review; substantial, good-faith compliance is defense).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47A(a). We also deny Krych's motion for release.

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.